**Order entered October 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00862-CR

**JANAR DEMOND BRADFORD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-71948-T**

## ORDER

The reporter's record was filed September 24, 2018. Missing from the record are State's Exhibit 24 – a phone call recording and State's Exhibit 25 – jail call recording. We **ORDER** deputy court reporter Karren Jones to file a supplemental reporter's record containing true and correct playable copies of State's Exhibit 24 and State's Exhibit 25 **WITHIN TEN DAYS** of the date of this order.

/s/     LANA MYERS
          JUSTICE